[No. 2319.]

MURTO, AS ADMINISTRATOR OF TURBUTT'S ESTATE, V.
LEMON ET AL.

**Appellate Practice—Appealable Judgments.**

In an action upon a promissory note and to foreclose a trust deed, where personal judgment was rendered in favor of plaintiff upon the note, but the foreclosure was denied, it was a judgment in plaintiff's favor, from which no appeal by plaintiff will lie. But the cause having been brought up by appeal will be dismissed and redocketed on error.

*Appeal from the District Court of Otero County.*

Mr. DAN B. CAREY and Mr. THOMAS H. HARDCASTLE, for appellant.

Mr. O. G. HESS, for appellees.

GUNTER, J.

This was an action by appellant to recover a personal judgment against appellee, Laura J. Lemon, upon promissory notes executed by her, and to foreclose a trust deed given as security. The court gave personal judgment for the amount due upon the notes, but refused foreclosure of the trust deed, holding the same to have been released. The judgment was one in favor of appellant, and, being so, we are without jurisdiction to review it upon appeal, our judgment would be a nullity.—*Lockhaven Trust and Safe Deposit v. U. S. Mortgage and Trust Company et al.,* ante, p. 28, 73 Pac. 409.

As permitted by sec. 388, Mills' Ann. Code, the clerk will enter the action as pending on error.—*D. & R. G. R. R. Co. v. Peterson,* 30 Colo. 77, 69 Pac. 578.

Appeal dismissed.

*Dismissed.*